**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

MONIKA WAELDER,

        Plaintiff,                        CASE NO. 1:08cv25-SPM/AK

vs.

SHANDS TEACHING HOSPITAL
AND CLINICS, INC. d/b/a SHANDS
HEALTHCARE,

        Defendant.
_____/

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

Upon consideration, Plaintiff's unopposed motion for leave to amend complaint (doc. 10) is ***granted***. The Second Amended Complaint (doc. 11) is hereby accepted as timely filed. Furthermore, in light of the amended complaint, Defendant's Motion to Dismiss (doc. 9) is ***denied as moot***.

SO ORDERED this twenty-third day of May, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge