IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MONIKA WAELDER,

    Plaintiff,

vs.       Case No.:1:08-CV-25-SPM/AK

SHANDS TEACHING HOSPITAL
AND CLINICS, INC.
d/b/a SHANDS HEALTHCARE,

    Defendant.
_____/

## ORDER EXTENDING DEADLINES

Finding the request reasonable, the parties' "Joint Motion for Modification of the Scheduling Order for Discovery, Mediation, and Trial" (doc. 47) is hereby ***granted***. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. All discovery shall be completed on or before ***February 28, 2009***.

2. All dispositive motions shall be filed on or before ***March 27, 2009.***

3. Mediation must be completed on or before ***April 15, 2009.***

4. Trial in this case shall be rescheduled for ***Monday, July 6, 2009 at 8:30am*** at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this tenth day of December, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge